**Order filed, January 10, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00704-CR

———————

**CHRISTI ANN HERRERA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 155th District Court
Waller County, Texas
Trial Court Cause No. 13,756**

## ORDER

The reporter's record in this case was due September 14, 2012. *See* Tex. R. App. P. 35.1. On September 26, 2012, this court ordered the court reporter to file the record within 30 days. On November 28, 2012, this court again ordered the court reporter to file the record within 30 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Katheryne Kyriell and Vicki Brown**, the court reporters, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Katheryne Kyriell and Vicki Brown** do not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM